1:00CV0405

(59)
KM
11/1/01

(Terred)

```
Fri Oct 26 16:13:52 2001

UNITED STATES DISTRICT COURT

  SCRANTON      , PA

Receipt No.   333 85641
Cashier       rich

Tender Type  CHECK

Check Number: 2221 60048322

Transaction Type  AR

DO Code   Div No    Acct
 4667       3      0869PL

Amount          $    33.16

CHARLES DILL   FCI EDGEFIELD
EDGEFIELD, SC  29824

PARTIAL FILING FEE - CV-00-0405



 cn
Fri Oct 26 16:13:52 2001

Check No. 2221 60048322
Amount$    33.16
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```