```
Fri Dec  7 15:32:17 2001

UNITED STATES DISTRICT COURT
SCRANTON          , PA

Receipt No.   333 86127
Cashier        tanya

Tender Type  CHECK

Check Number: 2221 60280388

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       0869PL

Amount           $    18.01

CHARLES DILL FCI EDGEFIELD PO BOX 72
3 EDGEFIELD SC 29824

PARTIAL FILING FEE 00-CV-405 CHARLES
DILL


cn
Fri Dec  7 15:32:17 2001

Check No. 2221 60280388
Amount     18.01
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00CV0405  (60)
KM
12/11/01
Termed -CFR

